UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-80007-DMM

UNITED STATES OF AMERICA

vs.

MARC SPORN,

        Defendant.
_____/

## AGREED FACTUAL BASIS FOR GUILTY PLEA

### The Tax Offense

On or about April 15, 2016, in Palm Beach County, the Southern District of Florida, and elsewhere, the defendant, MARC SPORN ("SPORN"), did willfully attempt to evade and defeat an income tax due and owing by him to the United States of America, for the tax year 2015, in violation of Title 26, United States Code, Section 7201, and Title 18, United States Code, Section 2.

In 2014 and 2015, SPORN, a resident of Palm Beach County, owned and operated several companies, including but not limited to MEDI BIOTECH, LLC ("MEDI BIOTECH") and WALMOL HOLDINGS, LLC ("WALMOL"). SPORN owned and operated these entities but disguised his ownership by using nominee owners. Both businesses operated in Palm Beach County, Florida. MEDI-BIOTECH was a telemarketing company that enticed customers with certain health conditions to sign up to receive compounded prescription creams from pharmacies and laboratories affiliated with MEDI-BIOTECH. These pharmacies and laboratories billed the

customers' insurance companies for these compounded prescription creams, and paid kickbacks to SPORN from the profits they earned from the insurance payments. However, neither the pharmacies, laboratories, nor MEDI-BIOTECH ever collected the co-payments for these prescription creams from the customers. WALMOL was a shell corporation which was used to open bank accounts that received money transfers from MEDI-BIOTECH bank accounts.

SPORN caused numerous bank accounts to be opened in the name of these companies and eventually added himself as an authorized signatory to the accounts. In addition to transferring money between the accounts of MEDI-BIOTECH and WALMOL, SPORN also paid personal expenses, such as credit card bills; the purchase of fine jewelry (such as an 18K gold Rolex mens watch for $8,800, a ladies diamond tennis bracelet for $49,500, a diamond 18k mens gold Rolex watch for $26,750, an Audemans Piguet Royal Oak Offshore Alinghi watch for $16,000, a 20 carat diamond necklace for $20,000, a custom 48 carat diamond necklace for $33,000, a custom emerald cut 48 carat diamond necklace for $92,000, a mens Rolex Masterpiece for $45,000, a Patek Philippe $36,850, a 33.75 carat diamond tennis necklace for $40,000, a Rolex Yachtsmaster 18k mens gold watch for $25,999, a Patek Philippe Aquanut 5088r mens watch for $35,000 and a Patek Philippe 5950 mens watch for $42,500); the purchase of luxury automobiles (such as a 1965 Porsche for $74,000, a 2014 Mercedes G class for $135,680, a 1971 Mercedes 280SL for $65,000, a 2014 Bentley Flying Spur for $195,000 and the purchase and restoration of a 1963 Mercedes 190SL vehicle for $102,000), two luxury yachts (a 27 foot Leopard Motoryacht named "MY Touchstone" for €680,000 in Monaco and a 102 foot Leopard Motoryacht named "MY RG 512" for €1,370,000 in Luxembourg); and costs associated with a kitchen renovation at his residence located at 655 Southeast First Street, Delray Beach, FL 33483 ($35,000) from the accounts.

SPORN intentionally used bank accounts in nominee names to pay for his own expenses, and acquired assets in other persons' or corporate names, in order to conceal assets and evade or avoid the assessment of income tax.

For tax year 2015, SPORN diverted approximately $2,700,826 in income through the bank accounts of MEDI-BIOTECH and WALMOL. Despite knowingly earning income from these companies, SPORN failed to timely file an individual income tax return with the Internal Revenue Service ("IRS"), as required by law. The unreported income resulted in a tax loss for 2015 in the amount of $1,113,844. SPORN eventually filed his individual income tax return and paid taxes for tax year 2015 in October 2019 after being notified of a criminal tax investigation in 2018. The individual tax return listed MEDI-BIOTECH and WALMOL as disregarded entities wholly owned by SPORN.

For tax year 2014, SPORN diverted at least $1,377,425 in income through the bank accounts of MEDI-BIOTECH and WALMOL. Despite knowingly earning income from these companies, SPORN failed to timely file an individual income tax return with the IRS, as required by law. The unreported income resulted in a tax loss for 2014 of at least $550,920. SPORN eventually filed his individual income tax return and paid taxes for tax year 2014 in January 2020. The individual tax return listed MEDI-BIOTECH and WALMOL as disregarded entities wholly owned by SPORN.

Furthermore, while SPORN filed individual income tax returns for tax years 2000, 2002-2005, he failed to make any tax payments, resulting in a total tax liability in the amount of $2,199,003. The IRS attempted to collect these taxes beginning in 2007. However, SPORN evaded the payment of these taxes by transferring assets into nominee names and/or trusts; utilizing

bank accounts that he caused to be opened in other persons' names, successively opening and closing multiple corporations that he controlled to thwart the collection therefrom of taxes due and owing; and filing Form 433-A Collection Information Statement in 2008, signed under penalty of perjury, stating that he earned no income and owned no assets. Such acts of evasion continued in subsequent years to include tax years 2007 through 2011. SPORN continued to evade the payment of self-assessed tax liability in the amount of $60,000 for tax year 2007; $22,467 for tax year 2008; $17,905 for tax year 2009; $146,383 for tax year 2010; and $102,328 for tax year 2011.

    In total, for tax years 2000, 2002 through 2006, and 2007 through at least 2011, in the Southern District of Florida and elsewhere, SPORN willfully attempted to evade and defeat the payment of $2,548,086 in income tax due and owing by him to the US government. For tax years 2014 and 2015, SPORN willfully attempted to evade and defeat the assessment of income tax in the amount of $1,664,764. These acts of evasion were committed by the following affirmative acts, among others:

    a. Causing the opening of a bank account at JP Morgan Chase acct #2163 in the name of MEDI-BIOTECH, LLC;
    b. Causing the opening of a bank account at JP Morgan Chase acct #2620 in the name of WALMOL HOLDINGS, LLC;
    c. On or about February 17, 2014, incorporating MEDI-BIOTECH through and in the name of nominee, M.L.;
    d. On or about July 16, 2014, incorporating WALMOL HOLDINGS through and in the name of a nominee, M.L.;
    e. Directing the transfer of money from a nominee entity to another nominee entity;
    f. Paying personal expenses from a bank account in a nominee entity name, such as:
        i. The purchase of a Rolex masterpiece watch on or about January 14, 2015;
        ii. The purchase of the yacht *MY Touchstone* on or about March 25, 2015;
        iii. The purchase of the yacht *MY RG 512* on or about April 15, 2015;
    g. Concealing ownership of assets by titling same in a nominee entity name, a nominee name, amongst others;
    h. Incorporating various entities such as STAR INSURANCE GROUP and STAR MEDICAL SUPPLIES.

Therefore, in total, **$4,212,850** is subject to restitution. This restitution amount shall be reduced by any taxes paid to date. The IRS will not seek double payment for any taxes due and owing.

## The Medicare Offense

From in or around January 2017 through in or around April 2021, in Palm Beach County, the Southern District of Florida, and elsewhere, the defendant, MARC SPORN ("SPORN"), knowingly and willfully conspired and agreed with his co-conspirators to commit health care fraud and wire fraud, in violation of Title 18, United States Code, Section 1349. Medicare is a "health care benefit program" as defined in Title 18, United States Code, Section 24. Furthermore, Medicare is a health care benefit program affecting commerce.

SPORN, a resident of Palm Beach County, owned and operated several companies, including but not limited to CPL MEDIA GROUP, INC. ("CPL"), MEDIPAK, LLC doing-business as ("dba") CPL MEDIA GROUP ("MEDIPAK"), REAL TIME PHYSICIANS LLC ("REALTIME"), 24 HR VIRTUAL MD, LLC ("24 HR"), and MEDTECH WORLDWIDE, INC. ("MEDTECH"), NEW WORLD HOLDINGS, INC., and ("NEW WORLD HOLDINGS") dba I CAN HEAR ("I CAN HEAR"), and INS COV, LLC. SPORN owned and operated these entities, but disguised his ownership by using nominee owners.

Through these companies, and others, SPORN operated two businesses: a telemarketing business and a telemedicine business. Both businesses operated in Palm Beach County, Florida. With respect to the telemedicine business, between in or around January 2017 and in or around April 2021, SPORN sold prescriptions, also known as doctor's orders, authorizing Medicare beneficiaries to receive medically unnecessary orthotic braces, genetic tests, and topical creams.

The physicians that SPORN employed did not comply with Medicare's requirements for telemedicine consultations, did not have a legitimate patient-physician relationship with the beneficiaries, and often authorized the medical items and services without even speaking with the beneficiaries. Through his companies, in exchange for kickbacks and bribes, SPORN sold the doctor's orders to patient recruiters who, as SPORN knew, sold them to DME companies, pharmacies, and laboratories. As SPORN knew, the DME companies, pharmacies, and laboratories used the doctor's orders to submit claims to Medicare. Some of the patient recruiters to whom SPORN sold doctor's orders in exchange for bribes and kickbacks include:

| Name of Company | Amount of Kickbacks Paid to SPORN |
|---|---|
| R & L Senior Marketing Inc | $786,483.00 |
| Upon Demand LLC | $323,500.00 |
| The Leads Network LLC | $239,930.00 |
| Safari Capital Corporation | $171,975.00 |
| R & S Pharmacy Inc | $86,357.00 |
| Alite Medical Solutions LLC | $49,170.00 |
| Charles Phillip Schwartz | $44,300.00 |
| Dboss Enterprises LLC | $38,400.00 |
| Safari Capital Corporation dba GHP Management | $36,950.00 |
| Status Management LLC | $30,130.00 |
| RKT Partners LLC | $21,000.00 |
| SKF Enterprises LLC | $20,000.00 |
| Total | $1,848,195.00 |

With respect to SPORN's telemarketing business, SPORN operated a call center that ran telemarketing campaigns designed to convince Medicare beneficiaries to agree to take medically unnecessary genetic tests. SPORN then used his telemedicine companies to obtain doctor's orders authorizing these tests. SPORN understood that the tests were not ordered by a physician treating the beneficiary for any specific medical problem, symptom, illness or diagnosis, but were instead marketed and used as "preventive" or "screening" tests. SPORN sold the beneficiaries'

information, tests, and doctor's orders to laboratories in exchange for kickbacks, including LabSolutions, LLC ("LABSOLUTIONS"), Best Care Laboratory, LLC ("BEST CARE"), and Suretox Laboratory, LLC ("SURETOX"). LABSOLUTIONS, BEST CARE, and SURETOX paid SPORN, through his companies, approximately $9,690,457 in kickbacks and bribes.

As a result of SPORN's participation in the conspiracy, between 2017 and September 2019, LABSOLUTIONS submitted approximately $12,283,256 in false and fraudulent claims to Medicare for medically unnecessary genetic testing, of which Medicare paid approximately $5,167,962. As a result of SPORN's participation in the conspiracy, between in or around December 2018 and in or around July 2019, Medicare paid BEST CARE approximately $8,800,000 for false and fraudulent claims for medically unnecessary genetic testing.

The preceding statement is a summary, made for the purpose of providing the Court with a factual basis for my guilty plea to the charges against me. It does not include all of the facts known to me concerning criminal activity in which I and others engaged. I make this statement knowingly and voluntarily and because I am in fact guilty of the crimes charged.

DATE: 4/1/22

_____
MARC SPORN
Defendant

_____
DAVID GARVIN, ESQ.
Attorney for Defendant

_____
BEN CURTIS
Attorney for Defendant

_____
LIGIA MARKMAN
Trial Attorney

_____
AURORA FAGAN
Assistant United States Attorney